# UNITED STATES DISTRICT COURT
for the
Western District of N. C.
Charlotte Division

Jon Christopher Turner
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Officer Elizabeth Williams, et. al.,
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 3:25-cv-224-MR
*(to be filled in by the Clerk's Office)*

FILED
CHARLOTTE, NC
MAR 31 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Jon Christopher Turner
   All other names by which you have been known: Same
   ID Number: ID# 87400
   Current Institution: Union County Jail
   Address: 3344 Presson Rd.
   Monroe, N.C. 28112
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Officer Elizabeth Williams
   Job or Title (if known): Detective
   Shield Number: NA
   Employer: Sheriff Office
   Address: 3390 Presson Rd
   Monroe, N.C. 28112
   City / State / Zip Code
   [✓] Individual capacity  [✓] Official capacity

   Defendant No. 2
   Name:
   Job or Title (if known):
   Shield Number:
   Employer:
   Address:
   City / State / Zip Code
   [ ] Individual capacity  [ ] Official capacity

Page 2 of 11

Case 3:25-cv-00224-MR    Document 1    Filed 03/31/25    Page 2 of 15

**Defendant No. 3**
Name _____
Job or Title *(if known)* _____
Shield Number _____
Employer _____
Address _____
_____
City     State     Zip Code
☐ Individual capacity   ☐ Official capacity

**Defendant No. 4**
Name _____
Job or Title *(if known)* _____
Shield Number _____
Employer _____
Address _____
_____
City     State     Zip Code
☐ Individual capacity   ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Amendment 14   Amendment 5   Amendment VIII*
*Amendment VI   Amendment 1   Amendment IV   Amendment IX*

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. 14-401.10. Soliciting advertisement for Offical publications of law-enforcement officer association, she (officer williams) does not have permisson from the President, Donald Trump or the secretary of state to perform such an act. She is Guilty of A Class 2 misdemeanor her self. (1961, c. 518; 1969, c. 1224, s. 8; 1993, c. 539, s. 280; 1994, Ex. Sess., c. 24, s. 14(c))

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows (check all that apply): 1 Attachmet sheet

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other (explain) _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

My Home, on my Computer on or about the Date of Cell Phone 205 South Church St Waxhaw, N.C. 28173 (2) sending 2 Attachment sheets back to you

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

C. What date and approximate time did the events giving rise to your claim(s) occur?

Date Of Offense Feb. 7, 2025 (Around that Date)

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* My future wife is screen shotting everything. She is messing with my Lady's friends face book page as of now March 25, 2025, My 17yr old son my ederly Dad.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Intentional Infliction of Emotional Distress

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

My Job, Defamation of Carrictor, It have Costed me my freedom, False Imprisonment

$1 million Dollars

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Union County Jail 3344 presson Rd, Monroe, N.C. 28112

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☑ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   _____

2. What did you claim in your grievance?

   _____

3. What was the result, if any?

   _____

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   _____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   *It did not Happen in This Jail*

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. **Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?
   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? No

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

   _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: March 25, 2025

Signature of Plaintiff: *

Printed Name of Plaintiff: Jon Christopher Turner

Prison Identification #: 87400

Prison Address: Union County Jail 3344 Presson Rd, Monroe, N.C. 28112

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code: _____
Telephone Number: _____
E-mail Address: _____

| | |
|---|---|
| State of North Carolina | The United States |
| County of Mecklingburg | District Court |
| | Western District of NC |
| Mr. Jon Christopher Turner | Charlotte Divison |
| Plaintiff | Motion Type: |
| Versus | Civil Lawsuit |
| Detective Elizebeth Williams, et al., | Against the Defendant |
| Union County Sheriff office | For Purjery and |
| 3370 Presson Road | Violation of My Civil Rights |
| Monroe, N.C. 28112 | of The Constitutional |
| Union County    Defendants | Amendments. |

Now Comes the Plaintiff, Mr. Jon Christopher Turner, Pro Se and herby Petition, and Motion this Courts I Mr. Turner am asking the Courts to proceed in filing this Civil Suit upon Request is made pursuant To the North Carolina General Statues including but not limited To N.C.G.S. \15A-902-903 and 907, the North Carolina State Constitutional including but not limited to, Article, 1, 19, 23, and 27 of the United State Constitution including but not limited to the Fourth, Fifth, Sixth, Eighth, and Fourteeth Amendments. The Detective was also acting under the Color of Law. Fact's for this Law Suit. I Mr. Jon C. Turner was minding my own Buisness when I recieved a Text message from Detective Elizabeth Williams

P. 2

Who was pretending to be a child from the beginning. I Never violated any solitic to a minor do to the fact's I never was talking to a minor. It is against the Law to violate my 14th Amendment. Me and my family was Targeted by a sworn in Detective who suppose to up hold the Law not break them herself (Detective Williams). What this officer Did is called Intrappment going online to Try and put innocent people behind bars. My Elderly Dad and My 17yr old son was Targetted as well. We all thought this was a spam prank. That's why I never went to meet this person. I'm no childmolester either. I'm sitting behind bars under a $500,000 bond for minding my own business because My Constitutional Rights was violated from the Start. This officer is using kids pictures inpersonating a child which is against the Law putting young people live's in Jeopardy It's also descrimanation to all of us as men. She is not putting little boy picture's on line to Intrap women's. I feel she have something against men's for some sort of a reason. I am Sueing Detective Elizebeth William et al Union County Sheriff office for 1 million

Dollars for violation of my Constitutional Rights. I'm not a trouble maker. I'm a hard working man with a family. My family needs me out thier. I have a sick elderly Dad. I'm not the only one she have targetted. It's a few more Innocent guys in here. I feel where Donald Trump is coming from. Why is this Detective playing on line that's Not her Job description. I will take this as far as I can. I don't mess with children. and this Detective took my Cell phone for public use also. It is True this officer of the Law Solicit a child by photograft herself. It is true that was Someone's child picture she is using which she is breaking the Law as a Sworn in officer. It is true she is descriminating against men's. It is true she is breaking the Constitutional Bill of Rights of North Carolina In force since Dec. 22, 1789. Do all this in a Timely fashion. Thanks for your patience.

This Day of            P. 4
March. 11th  2025

| No Stamp Seal | Mr. Jon C. Turner |
| "Legal Mail" | a pro se litigant filer |
| To be Dockted | at, Union County Jail |
| by Clerk | 3344 Presson Rd. |
| Pro Se | Monroe, N.C. 28112 |
| litigant | |
| filer | Yours Truly, |
| | Jon C. Turner |
| | Date Signed: 03/11/2025 |
| | Signature: Jon C Turner |